In the Matter of JOHN S. LEONARD, an Attorney and Counselor at Law.— Order of disbarment entered upon certified copy of judgment of Supreme Court, Chautauqua county, entered January 4, 1937, convicting said John S. Leonard of the crime of grand larceny, first degree, and sentencing him to be imprisoned in the State prison at Attica for not less than three or more than six years. Present — Sears, P. J., Edgcomb, Thompson, Lewis and Cunningham, JJ.

## (January 15, 1937.)

FRANK LAVIERA, Respondent, v. THE PFAUDLER COMPANY, Appellant.— Order in so far as it denies motion to strike from the complaint the words " and rules " and grants motion of plaintiff to strike from the answer the second affirmative defense reversed and otherwise so far as appealed from affirmed and defendant's motion so far as it relates to striking from the complaint the words " and rules " granted and plaintiff's motion so far as it relates to the second affirmative defense denied, without costs. (See *Schumer* v. *Caplin*, 241 N. Y. 346; *Giore* v. *General Railway Signal Co.*, *ante*, p. 708.) All concur. (The portion of the order appealed from denies motion to strike out certain portions of the complaint in a silicosis action, and grants motion to strike out certain affirmative defenses.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

GENESEE VALLEY NATIONAL BANK AND TRUST COMPANY, Respondent, v. EDWIN B. COLLISTER, Appellant. (Action No. 2.) — Judgment affirmed, with costs. All concur. (The judgment strikes out the answer and grants judgment to plaintiff in an action to recover installment of interest and taxes due on a real estate bond and mortgage.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

JACOB DENEEF, Respondent, v. PERRY G. PRICE and EUGENE A. SCHILTZ, Doing Business as Copartners under the Firm Name and Style of " PRICE & SCHILTZ," Appellants.— Judgment and order reversed on the law, with costs, and complaint dismissed, with costs, on the ground that no actionable negligence has been shown. All concur. (The judgment awards plaintiff damages for personal injuries sustained in an automobile collision. The order denies motion for a new trial on the minutes.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

MARY DENEEF, Respondent, v. PERRY G. PRICE and EUGENE A. SCHILTZ, Doing Business as Copartners under the Firm Name and Style of " PRICE & SCHILTZ," Appellants.— Same decision and like cause of action as in companion case last above. Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

FRED HOLL, SR., and Others, Respondents, v. MARY McDANNELL, Individually and as Executrix, etc., of MARGARET HOLL, and Others, Appellants, and Others, Defendants.— Judgment affirmed, with costs. Certain findings of fact and conclusions of law disapproved and reversed and new finding and conclusion made. All concur. (The judgment awards plaintiffs title to property devised to them in a reciprocal will.) Present — Sears, P. J., Thompson, Crosby, Lewis and Cunningham, JJ.